SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: jpietrini@sheppardmullin.com
baigboboh@sheppardmullin.com

*Attorneys for Plaintiff*
GUNS N' ROSES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GUNS N' ROSES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>CANARCHY CRAFT BREWERY COLLECTIVE LLC, dba OSKAR BLUES BREWERY, a Colorado Limited Liability Company<br><br>Defendant. | Case No. 2:19-cv-04052 CJC (FFMx)<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [DKT. 9]**<br><br>Action Filed: May 09, 2018<br>Trial Date: None Set |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Guns N' Roses ("Plaintiff") hereby responds to the Court's *Order to Show Cause re Dismissal for Lack of Prosecution* (Dkt. 9), as follows:

As set forth in the *Stipulation to Extend Time to Serve Summons and Complaint* ("*Stipulation*") attached hereto as **Exhibit A**, Plaintiff and Defendant CANarchy Craft Brewery Collective LLC ("Defendant") have been engaged in settlement discussions since the filing of the *Complaint* on May 9, 2019.  On July 31, 2019, Plaintiff and Defendant reached an agreement in principle that resolves all claims asserted in, and will result in dismissal of, the *Complaint*.  The parties are in the process of finalizing a written settlement agreement and expect to execute a written agreement that will lead to dismissal of the *Complaint* in the near term.  Plaintiff did not serve the *Summons* and *Complaint* by the August 7, 2019 deadline to do so because the parties reached a settlement in principle and to avoid interfering with the progress of the final resolution of the dispute.

Given the foregoing, and as set forth in the attached *Stipulation*, Plaintiff and Defendant have agreed, subject to the Court's approval, to stipulate to extend Plaintiff's time to serve the *Summons* and *Complaint* from August 7, 2019 to August 30, 2019, so that the parties may finalize and execute the settlement agreement, which will result in dismissal of the *Complaint*.

*Respectfully submitted*,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated:  August 12, 2019     By     */s/ Benjamin O. Aigboboh*
                                    JILL M. PIETRINI
                                    BENJAMIN O. AIGBOBOH

                                    *Attorneys for Plaintiff*
                                    GUNS N' ROSES

SMRH:4833-6812-2016.1

-1-