# EXHIBIT A

SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email:      jpietrini@sheppardmullin.com
            baigboboh@sheppardmullin.com

*Attorneys for Plaintiff*
GUNS N' ROSES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GUNS N' ROSES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>CANARCHY CRAFT BREWERY COLLECTIVE LLC, dba OSKAR BLUES BREWERY, a Colorado Limited Liability Company<br><br>Defendant. | Case No. 2:19-cv-04052 CJC (FFMx)<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**STIPULATION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>Action Filed:  May 09, 2018<br>Trial Date:  None Set |

Pursuant to L.R. 7-1, Plaintiff Guns N' Roses ("Plaintiff") and Defendant CANarchy Craft Brewery Collective LLC, doing business as Oskar Blues Brewery ("Defendant"), by and through their attorneys, hereby stipulate to extend Plaintiff's time to serve the *Summons* (Dkt. 8) and *Complaint* (Dkt. 1) to August 30, 2019.

## **STIPULATION**

WHEREAS, Plaintiff filed the *Complaint* on May 9, 2019 (Dkt. 1);

WHEREAS, the Court issued the *Summons in a Civil Action* ("*Summons*") on May 10, 2019 (Dkt. 8);

WHEREAS, Plaintiff and Defendant have been engaged in settlement discussions since the filing of the *Complaint* in an attempt to resolve the claims asserted by Plaintiff in the *Complaint*;

WHEREAS, on July 31, 2019, Plaintiff and Defendant reached an agreement in principle that resolves all claims asserted by the *Complaint* and drafted a settlement agreement that they anticipate will result in dismissal of the *Complaint*; the settlement agreement is currently being reviewed by Defendant;

WHEREAS, pursuant to Fed.R.Civ.P. 4(m), Plaintiff's deadline to serve the *Summons* and *Complaint* was August 7, 2019;

WHEREAS, Plaintiff did not serve the *Summons* and *Complaint* by August 7, 2019, because the parties reached a settlement in principle, and to avoid interfering with the progress of resolution of the dispute;

WHEREAS, on August 8, 2019, the Court issued an *Order to Show Cause re Dismissal for Lack of Prosecution*, requiring Plaintiff to show cause why this action should not be dismissed for lack of prosecution (Dkt. 9) by August 30, 2019;

WHEREAS, Plaintiff and Defendant have conferred and agreed, subject to Court approval, to extend Plaintiff's time to serve the *Summons* and *Complaint* to August 30, 2019, so that the parties may execute the settlement agreement, which will result in dismissal of the *Complaint*.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their attorneys, pursuant to L.R. 7-1, and subject to the Court's approval, that Plaintiff's time to serve the *Summons* and *Complaint* be extended from August 7, 2019 to August 30, 2019.

*Respectfully submitted*,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated:  August 12, 2019     By    */s/ Benjamin O. Aigboboh*
                                   JILL M. PIETRINI
                                   BENJAMIN O. AIGBOBOH

                                   *Attorneys for Plaintiff*
                                   GUNS N' ROSES

Dated:  August 12, 2019     MCDERMOTT WILL & EMERY LLP

                            By    /s/ *Katie Bukrinsky*
                                   KATIE BUKRINSKY
                                   McDermott Will & Emery LLP
                                   500 N Capitol St. NW
                                   Washington, D.C. 20001
                                   Email: kbukrinsky@mwe.com
                                   Phone: (202) 756-8194

                                   *Attorney for Defendant*
                                   CANARCHY CRAFT BREWERY
                                   COLLECTIVE LLC

SMRH:4836-4623-6831.2

-2-