1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JILL M. PIETRINI (Cal. Bar No. 138335)
2  BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
4  Facsimile:  310.228.3701
   Email:      jpietrini@sheppardmullin.com
5              baigboboh@sheppardmullin.com

6  *Attorneys for Plaintiff*
   GUNS N' ROSES

7

8                **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10 | GUNS N' ROSES, a California partnership, | Case No. 2:19-cv-04052 CJC (FFMx) |
   |---|---|
11 | | *[Assigned to the Hon. Cormac J. Carney]* |
12 |            Plaintiff, | |
   | | **SECOND STIPULATION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT** |
13 |            v. | |
14 | CANARCHY CRAFT BREWERY COLLECTIVE LLC, dba OSKAR BLUES BREWERY, a Colorado Limited Liability Company | |
15 | | |
16 |            Defendant. | Action Filed:  May 09, 2018 Trial Date:  None Set |

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to L.R. 7-1, Plaintiff Guns N' Roses ("Plaintiff") and Defendant
2    CANarchy Craft Brewery Collective LLC, doing business as Oskar Blues Brewery
3    ("Defendant"), by and through their attorneys, hereby stipulate to extend Plaintiff's
4    time to serve the *Summons* (Dkt. 8) and *Complaint* (Dkt. 1) August 30, 2019 to
5    September 20, 2019.

6                                        **STIPULATION**

7    WHEREAS, Plaintiff filed the *Complaint* on May 9, 2019 (Dkt. 1);

8    WHEREAS, the Court issued the *Summons in a Civil Action* ("*Summons*") on
9    May 10, 2019 (Dkt. 8);

10   WHEREAS, on August 12, 2019, the parties submitted a *Stipulation to Extend*
11   *Time to Serve Summons and Complaint* seeking an order extending Plaintiff's
12   deadline to serve the *Summons* and *Complaint* to August 30, 2019 due to the parties'
13   ongoing settlement negotiations and agreement in principle that resolved all claims
14   asserted in the *Complaint* (Dkt. 10; Dkt. 10-1);

15   WHEREAS, on August 13, 2019, the Court entered an *Order re: Stipulation to*
16   *Extend Time to Serve Summons and Complaint* extending Plaintiff's deadline to serve
17   the *Summons* and *Complaint* to August 30, 2019 (Dkt. 11);

18   WHEREAS, following entry of the August 13, 2019 order, the parties
19   continued to negotiate and draft a settlement agreement, and are now in the process
20   of executing a final version;

21   WHEREAS, Plaintiff and Defendant have conferred and agreed, subject to
22   Court approval, to extend Plaintiff's time to serve the *Summons* and *Complaint* to
23   September 20, 2019 to allow the parties time to finalize settlement.

24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and

2  Defendants, through their attorneys, pursuant to L.R. 7-1, and subject to the Court's

3  approval, that Plaintiff's time to serve the *Summons* and *Complaint* be extended from

4  August 30, 2019 to September 20, 2019.

5                                          *Respectfully submitted*,

6
                                           SHEPPARD MULLIN RICHTER & HAMPTON LLP
7

8
   Dated:  August 29, 2019          By  */s/ Benjamin O. Aigboboh*
9                                        JILL M. PIETRINI
10                                       BENJAMIN O. AIGBOBOH

11                                       *Attorneys for Plaintiff*
12                                       GUNS N' ROSES

13                                       MCDERMOTT WILL & EMERY LLP
14

15

16
   Dated:  August 29, 2019          By  */s/ Katie Bukrinsky*
17                                       KATIE BUKRINSKY
18                                       McDermott Will & Emery LLP
                                         500 N Capitol St. NW
19                                       Washington, D.C. 20001
                                         Email: kbukrinsky@mwe.com
20                                       Phone: (202) 756-8194
21
                                         *Attorney for Defendant*
22                                       CANARCHY CRAFT BREWERY
23                                       COLLECTIVE LLC
24  SMRH:4849-3256-1314.3

25

26

27

28

-2-