# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GUNS N' ROSES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>CANARCHY CRAFT BREWERY COLLECTIVE LLC, dba OSKAR BLUES BREWERY, a Colorado Limited Liability Company<br><br>Defendant. | Case No. 2:19-cv-04052 CJC (FFMx)<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**ORDER RE: SECOND STIPULATION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>Action Filed: May 09, 2018<br>Trial Date: None Set |

Pursuant to stipulation of the parties and finding good cause therefor, it is hereby ORDERED that Plaintiff Guns N' Roses' time to serve the *Summons* (Dkt. 8) and *Complaint* (Dkt. 1) is extended from August 30, 2019 to September 20, 2019.

**IT IS SO ORDERED.**

Dated: August 29, 2019

Hon. Cormac J. Carney
United States District Judge

SMRH:4846-0173-7890.1