```
 1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    JILL M. PIETRINI (Cal. Bar No. 138335)
 2  BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
    1901 Avenue of the Stars, Suite 1600
 3  Los Angeles, California 90067-6055
    Telephone:  310.228.3700
 4  Facsimile:  310.228.3701
    Email:      jpietrini@sheppardmullin.com
 5              baigboboh@sheppardmullin.com

 6  *Attorneys for Plaintiff*
    GUNS N' ROSES
 7
```

                    **UNITED STATES DISTRICT COURT**

            **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| GUNS N' ROSES, a California partnership, | Case No. 2:19-cv-04052 CJC (FFMx) |
| Plaintiff, | [*Assigned to the Hon. Cormac J. Carney*] |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| CANARCHY CRAFT BREWERY COLLECTIVE LLC, dba OSKAR BLUES BREWERY, a Colorado Limited Liability Company | |
| Defendant. | Action Filed:  May 9, 2018<br>Trial Date:     None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Guns N' Roses ("Plaintiff") filed its Complaint in the above-captioned action against Defendant CANarchy Craft Brewery Collective LLC, doing business as Oskar Blues Brewery ("Defendant"), on May 9, 2019. Dkt. 1. Pursuant to Court-approved extensions of time, Plaintiff has not yet served the Complaint. Dkts. 11, 14. As such, Defendant has not served an answer to the Complaint or a motion for summary judgment.

Plaintiff and Defendant have agreed to and executed a settlement agreement that: (1) resolves all claims in the Complaint; (2) provides for dismissal of the above-captioned action with prejudice; and (3) provides that this Court retains jurisdiction to enforce the terms of settlement agreement. As a result, and because Defendant has not served an answer to the Complaint or a motion for summary judgment, Plaintiff submits this Notice of Dismissal of the action with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B).

Based on the foregoing, notice is given that Plaintiff hereby dismisses the above-captioned action in its entirety with prejudice.

*Respectfully submitted*,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: September 11, 2019     By     */s/ Benjamin O. Aigboboh*
                                     JILL M. PIETRINI
                                     BENJAMIN O. AIGBOBOH

*Attorneys for Plaintiff*
GUNS N' ROSES

-1-

1  Defendant CANarchy Craft Brewery Collective LLC, doing business as Oskar
2  Blues Brewery, hereby consents to dismissal of the above-captioned action with
3  prejudice, and to this Court's retention of jurisdiction to enforce the terms of the
4  parties' settlement agreement.

MCDERMOTT WILL & EMERY LLP

Dated:  September 11, 2019     By     */s/ Katie Bukrinsky*
                                                     KATIE BUKRINSKY
                                          McDermott Will & Emery LLP
                                          500 N Capitol St. NW
                                          Washington, D.C. 20001
                                          Email: kbukrinsky@mwe.com
                                          Phone: (202) 756-8194

                                          *Attorney for Defendant*
                                         CANARCHY CRAFT BREWERY
                                            COLLECTIVE LLC

SMRH:4816-7606-2885.1